## United States District Court
### Violation Notice

CVB Location Code: NG-10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| F4212292 | ANGEL | 1843 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/29/11 2300 | 21 USC 844 |

Place of Offense: WILDCAT

Offense Description: MARIJUANA

**DEFENDANT INFORMATION** Phone: (404) 989-8782

| Last Name | First Name | MI |
|---|---|---|
| COHEN | DANIEL | Y |

Street Address: 305 CALIBER WOODS DR

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ATLANTA | GA | 30325 | 8/17/88 |

| Drivers License No | DL State | Social Security No. |
|---|---|---|
| 054451434 | GA | 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 |

Sex: M  Hair: B  Eyes: —  Height: 506  Weight: 130

**VEHICLE DESCRIPTION** VIN:

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

.0027 kg
2.7 g
.005952 lb
.09524 oz

PAY THIS AMOUNT → $ ___ Total Collateral Due
$ ___ Forfeiture Amount
+ $25 Processing Fee

**YOUR COURT DATE**
Court Address: ___   Date: ___   Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X [signature]

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 5/29, 2011 while exercising my duties as a law enforcement officer in the Northern District of GA

On the Chattahoochee Nat'l Forest, Rabun County, Wildcat; Daniel Cohen was in possession of 2.7 grams of marijuana. Cohens campsite was contacted due to being located in an illegal camping area. When the campsite was contacted a ziplock bag full of pills was located on a table in plain view. A search of Cohens camping equipment located a pipe and a grinder.

The foregoing statement is based upon
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 05/29/2011   [signature]

Probable cause has been stated for the issuance of a warrant

Executed on: ___   Date (mm/dd/yyyy)   US Magistrate Judge

CVB Scan 6/21/2011 10:52:05

# United States District Court
## Violation Notice

CVB Location Code: WC-10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| F4212293 | ANGEL | 1843 |

2:11-mj-85-SSC

F 4212293

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 5/29/11  2300 | 36 CFR 261.16(B) |

Place of Offense: WILDCAT

Offense Description: ILLEGAL CAMPING

### DEFENDANT INFORMATION
Phone: (404) 984-8782

| Last Name | First Name | MI |
|---|---|---|
| COHON | DANIEL | Y |

Street Address: 305 COLDBEN WOODS DR

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| ATLANTA | GA | 30334 | 8/17/84 |

| Drivers License No | DL State | Social Security No. |
|---|---|---|
| 051451434 | GA | 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 |

Adult ☑  Juvenile ☐  Sex ☑M ☐F  Race: W  Hair: B  Eyes: Br  Height: 506  Weight: 130

### VEHICLE DESCRIPTION   VIN:

| Tag No | State | Year | Make | Type | Color |
|---|---|---|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X [signature]

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 5/29, 2011 while exercising my duties as a law enforcement officer in the NORTHERN District of GA

IN THE CHATTAHOOCHEE NAT'L FOREST, RABUN COUNTY, WILDCAT; DANIEL COHON WAS ILLEGALLY CAMPING INSIDE THE 3.5 MILE NO CAMPING ZONE AT WILDCAT. THE ZONE IS POSTED ON INFORMATION BOARDS AND IS SIGNED AT THE ENTRANCE OF WILDCAT.

The foregoing statement is based upon

☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 05/29/2011  [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB Scan 6/29/2011  08:38:40